IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES ALLEN and ELIZABETH THOMAS, *Plaintiffs* § § | |
| VS. § § § | CIVIL ACTION |
| MERITAGE HOMES CORPORATION f/k/a Meritage Corporation, f/k/a Legacy Monterey Homes, LP; MERITAGE HOMES OF TEXAS LLC f/k/a Meritage Homes of Texas LP f/k/a Legacy Monterey Homes LP; MTH LENDING GROUP L.P.; PRIMARY RESIDENTIAL MORTGAGE INC.; MARY A. LESTER; STEWART TITLE COMPANY; CHRISTOPHER KOTRAN, President of the Miramar Lake Homeowners Association, Inc., *Defendants* § § § § § § § § § § | NO. 4:22-CV-00742 |
| Consolidated With § § | |
| ELIZABETH THOMAS et al., *Plaintiffs* § § | |
| VS. § § | |
| MICHAEL J. PIZZITOLA, JR. et al., *Defendants* § § | |
| Consolidated With § § | |
| PRIMARY RESIDENTIAL MORTGAGE, INC. et al., *Plaintiffs*, § § | |
| VS. § § | |
| ELIZABETH THOMAS, et al., *Defendants* § | |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties dated March 24, 2022, and Federal Rule of Civil Procedure 7.1(a), Primary Residential Mortgage, Inc. ("PRMI") files this list of persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are, or may be, financially interested in the outcome of this litigation.[1]  PRMI provides the specific information regarding other entities besides

---

[1] PRMI is not receiving notice of this Court's filings, due to the caption on the Notice of Removal stating that the case is "wrongfully listed as Cause No. 2017-76078" and references another Cause No. instead—a number that does

1

itself (i.e., the identity of any parent corporation and any publicly held corporation owning 10% or more of a corporate party's stock) based on information and belief. The names of all corporations whose securities are publicly traded are underlined.

1. Primary Residential Mortgage, Inc. ("PRMI") is a wholly owned subsidiary of Primary Residential Group, Inc., which is a privately held company. There is no parent corporation or any publicly held corporation that owns 10% or more of PRMI's stock.

2. <u>Meritage Homes Corporation</u> is a publicly traded company (NYSE: MTH).

3. Meritage Homes of Texas, LLC, is an interested entity.

4. MTH Lending Group, LP ("MTH Lending") is a limited partnership. One of its limited partners, Meritage Homes of Texas, LLC, is a subsidiary of <u>Meritage Homes Corporation</u>, a publicly traded company (NYSE: MTH).

5. Stewart Title Company ("STC") is a wholly owned subsidiary of Stewart Title Guaranty Company ("STGC"). STGC is a wholly owned subsidiary of <u>Stewart Information Services Corporation</u>, a publicly traded company (NYSE: STC). To PRMI's knowledge, no public company has an ownership of 10% or more of Stewart Information Services Corporation.

6. JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of <u>JPMorgan Chase & Co.</u>, a publicly traded company (NYSE: JPM).

7. Miramar Lake Homeowners' Association, Inc. ("Miramar") is a domestic nonprofit corporation with its principal place of business in Houston, Texas. Miramar is a homeowners' association comprised of all of the property owners within the Miramar Lake subdivision. To

---

not actually exist in the Harris County District Courts. Assuming that the Cause No. listed is a typographical error, the presumed case is an entirely separate case from the case that was removed to this Court. The misstatement has apparently led to confusion in the U.S. District Clerk's office, which will not provide service to the proper counsel, despite counsel's requests for service/notice.

PRMI's knowledge, Miramar has no parent corporation, and no publicly held company owns 10% or more of Miramar's stock.

8. Elizabeth Thomas.

9. James Allen.

10. Robert L. Thomas.

11. Allan Haye.

12. Colleen M. McClure.

13. James M. Andersen.

14. Maria Dejesus Perez.

15. Roberto Perez.

16. Alvin R. Mullen.

17. Catrice Henry.

18. Albert Perry.

19. Mary A. Lester.

20. Michael J. Pizzitola, Jr.

21. Kevin Meuth.

22. David Jordan.

23. Rodney B. Howerton.

24. David Modlin.

25. Jeff Barfield.

26. Michael Materna.

27. Chris Huebner.

28. Melissa Hanna.

PRMI is not aware of any other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation other than those persons identified above.  However, if such information becomes available, PRMI will supplement this list if additional parties are added or if additional interested parties are identified in accordance with the Court's instructions and/or the Federal Rules of Civil Procedure.

Respectfully submitted,

**MCKINNEY TAYLOR P.C.**

By: */s/ Gwen E. Richard*
**Gwen E. Richard**
S.D. Tex. ID No. 12923
State Bar No. 16842730
richard@mckinneytaylor.com
**Andrew T. McKinney IV**
State Bar No. 13716800
mckinney@mckinneytaylor.com
State Bar No. 24116679
Three Riverway, Suite 900
Houston, Texas 77056
Telephone: (713) 487-1487
Facsimile:  (713) 487-1488

**ATTORNEYS FOR PRIMARY RESIDENTIAL MORTGAGE, INC.**

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2022, the foregoing document was served on the following counsel of record and pro se parties by First Class U.S. Mail, email, and/or the Court's CM/ECF system, as follows:

Colleen M. McClure                                     *Via CM/ECF and Email*
18482 Kuykendahl Rd.
Box 106
Spring, TX 77379
Email: Colleen.mcclure@att.net

4

| | |
|---|---|
| Elizabeth Thomas, pro se<br>712 H St. NE Suite 1297<br>Washington, DC 20002<br>Email: tethomas3@aol.com<br>Email: elizthomas234@gmail.com | *Via First Class U.S. Mail and Email* |
| Kim Altsuler<br>Peckar & Abramson, P.C.<br>3050 Post Oak Boulevard, Suite 500<br>Houston, Texas 77056<br>kaltsuler@pecklaw.com | *Via CM/ECF and Email* |
| Dale M. "Rett" Holiday<br>Germer PLLC<br>2929 Allen Parkway, Suite 2900<br>Houston, Texas 77019<br>holidyefile@germer.com | *Via CM/ECF and Email* |
| John A. Koepke<br>Scott M. McElhaney<br>Jackson Walker L.L.P.<br>2323 Ross Ave., Ste. 600<br>Dallas, Texas 75201<br>jkoepke@jw.com<br>smcelhaney@jw.com | *Via CM/ECF and Email* |
| James M. Andersen<br>P.O. Box 58554<br>Webster, TX 77598<br>jandersen.law@gmail.com | *Via First Class U.S. Mail and Email*<br>*Note: Will Attempt Service Via CM/ECF* |

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Gwen E. Richard
　　　　　　　　　　　　　　　　　　　　　　　　Gwen E. Richard